**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LOUIS HOLLOWAY, by and through his
Co-General Guardians, LARRY HOLLOWAY, JR.
and CARLOS HOLLOWAY**                                                                **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 2:18-cv-00117-KS-MTP**

**MARION COUNTY, MISSISSIPPI,
LAURA STOGNER, SHERRY PENDARVIS,
And JOHN AND JANE DOES 1-100**                                                  **DEFENDANTS**

**JUDGMENT OF DISMISSAL**

This cause comes before the Court *sua sponte*, as the parties have announced that they have reached a compromise and settlement of all pending claims in this matter. Because the Court desires to remove this matter from its docket

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all parties. The Court shall retain jurisdiction to enforce the settlement agreement agreed to by the parties and to impose attorneys' fees and costs as warranted.

IT IS FURTHER ORDERED AND ADJUDGED that, with this matter having been concluded, all currently pending motions, if any, are hereby deemed moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this 3rd day of March 2021.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE